IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| LACRETTA YVETTE LAMAR, | |
| Plaintiff, | |
| v. | No. 2:20-cv-00158-JJV |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Plaintiff has moved for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 22.) Counsel states he has conferred with the Commissioner's counsel who does not object to the requested fee. So, after careful consideration of the Motion, I find:

1. The hours spent by counsel were reasonable. Therefore, I approve attorney fees and costs in the amount of $7,140.00 (35.7 attorney hours at $200 per hour).

2. The EAJA fee award is payable to Plaintiff and shall be mailed to Plaintiff's counsel but is subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 18th day of May 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE